Joseph S. Kistler (3458)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
Email: jkistler@hutchlegal.com
       tprall@hutchlegal.com

T. James Truman (3620)
T. JAMES TRUMAN & ASSOCIATES
3654 N. Rancho Drive, Suite 101
Las Vegas, NV 89130
Tel:   (702) 256-0156
Fax:   (702) 396-3035
Email: district@trumanlegal.com

*Attorneys for Plaintiffs and Counter-defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD LEE LEANY, Trustee of the TODD LEE LEANY IRREVOCABLE TRUST; CENTURY PROPERTIES HENDERSON 18, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN DIEGO STEEL HOLDINGS GROUP, INC., a California corporation; DAVID PERKINS, Individually; ERIC B. BENSON, Individually; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01349-MMD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL MEMORANDUM**<br><br>**(First Request)** |

| | |
|---|---|
| SAN DIEGO STEEL HOLDINGS GROUP, INC., a California corporation; DAVID PERKINS, and ERIC BENSON, | ) ) ) ) |
| Counter-claimants and Third-Party Plaintiffs | ) ) ) |
| v. | ) ) |
| TODD LEE LEANY, in his individual capacity and as Trustee of the TODD LEE LEANY IRREVOCABLE TRUST; UINTAH LAND INVESTMENTS, LLC, a Nevada limited liability company; CENTURY PROPERTIES HENDERSON 18 LLC, a Nevada limited liability company; DON F. AHERN and DFA, LLC, a Nevada limited liability company. | ) ) ) ) ) ) ) ) ) ) |
| Counter-defendants and Third-Party Defendants. | ) ) ) |

Plaintiffs/Counterdefendants/Third Party Defendants TODD LEE LEANY, in his individual capacity and as trustee of the TODD LEE LEANY IRREVOCABLE TRUST; CENTURY PROPERTIES HENDERSON 18, LLC; and UINTAH LAND INVESTMENTS, LLC (collectively, "Leany"), Defendants/Counterclaimants/Third Party Plaintiffs SAN DIEGO STEEL HOLDINGS GROUP, INC.; DAVID PERKINS; and ERIC BENSON (collectively, "SDSHG"), and Third Party Defendants, DON F. AHERN and DFA, LLC (collectively, "DFA," and together with Leany and SDSHG the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. That the time for filing the Joint Pretrial Memorandum be extended from November 14, 2018 two weeks to November 28, 2018.

2. Good cause exists for this brief extension due to counsel for the respective Parties having been tied up in trials and other matters since attending the settlement conference in the middle of October, thereby necessitating a brief extension to reach agreements on a jointly filed pre-trial memorandum. The Parties have in good faith commenced to process of coordinating exhibits, stipulated facts, and other issues that need to be included in the Joint Pre-

Trial Memorandum, but need some additional time to see if agreement can reached on these issues prior to submitting the Joint Pre-Trial Memorandum.

DATED this 9th day of November, 2018.

HUTCHISON & STEFFEN, PLLC

/s/ Todd W. Prall
Joseph S. Kistler (3458)
Todd W. Prall (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

T. James Truman (3620)
T. JAMES TRUMAN & ASSOCIATES
3654 N. Rancho Drive, Suite 101
Las Vegas, NV 89130

*Attorneys for Plaintiffs and Counter-defendants Todd Lee Leany, individually and as Trustee for the Todd Lee Leany Irrevocable Trust, and Century Properties Henderson 18, LLC, and Third-Party Defendant Uintah Land Investments, LLC*

DATED this 9th day of November, 2018.

REID RUBINSTEIN & BOGATZ

/s/ Jaimie Stilz
I. Scott Bogatz (3367)
Jaimie Stilz (13772)
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101

*Attorneys for Third-Party Defendants DFA, LLC and Don Ahern*

DATED this 9th day of November, 2018

SNELL & WILMER, LLP

/s/ V. R. Bohman
James D. Kilory (Pro Hac Vice)
V.R. Bohman (13075)
2882 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants/Counter-claimants San Diego Steel Holdings Group, Inc., Eric Benson, and David Perkins*

**ORDER**

IT IS SO ORDERED.

DATED this 13 day of November, 2018.

_____
UNITED STATES JUDGE

- 3 -